[No. 37469-9-I.    Division One.    May 27, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. HARRELL ESTES HAMMETTE, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 93-1-00280-0, Michael F. Moynihan, J., entered October 5, 1995. *Affirmed* by unpublished opinion per Baker, C.J., concurred in by Webster and Agid, JJ.

[No. 37498-2-I.    Division One.    May 27, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY CARLIN BURCHFIELD, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 95-1-00854-7, Kathryn E. Trumbull, J., entered October 12, 1995. *Affirmed* by unpublished opinion per Kennedy, A.C.J., concurred in by Becker and Ellington, JJ.

[No. 37521-1-I.    Division One.    May 27, 1997.]

PACIFIC RIM MATERIEL, LTD., *Appellant*, v. DAVID SEXTON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 94-2-05287-8, David F. Hulbert, J., entered October 4, 1995. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Baker, C.J., and Grosse, J.

[No. 37528-8-I.    Division One.    May 27, 1997.]

ROBIN CAPWELL, *Appellant*, v. JAMES OSCAR RANEY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 93-2-24722-2, Charles V. Johnson, J., entered September 28, 1995. *Affirmed* by unpublished opinion per Baker, C.J., concurred in by Becker and Cox, JJ.